IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE ANN MOMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CV-754-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On October 3, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 12.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. The motion under 28 U.S.C. § 2255 (Doc. # 1) is DENIED; and

3. This case is DISMISSED WITH PREJUDICE.

A separate Final Judgment will be entered.

DONE this 29th day of October, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE